**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JIMMIE BELL, individually, and SECOND BELL TRUST, by and through Trustee Mark Bell, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:23-cv-03042-MDH |
| | ) | |
| SELENE FINANCE, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Defendant Selene Finance, LP's Motion to Dismiss for Lack of Prosecution Counts II - X of Plaintiffs' First Amended Complaint. (Doc. 131). Plaintiffs have failed to file a response and the time to do so has elapsed. The motion is now ripe for adjudication on the merits. For the reasons stated herein, Defendant's Motion to Dismiss Counts II - X is **GRANTED**.

Plaintiffs' First Amended Complaint alleges a violation of the Residential Settlement Procedures Act ("RESPA") (Count I) and nine counts of trespass (Counts II-X). (Doc. 22-1). The original Plaintiff for Count I was Jimmie Bell, and the original plaintiff for Counts II-X was Jimmie Bell, as Trustee for the Second Bell Trust. *Id*. Mr. Bell passed away on February 16, 2025. (Doc. 107). The Plaintiffs subsequently filed a verified motion to substitute Mark Bell as the current acting trustee for the Second Bell Trust. (Doc. 108). This Court ultimately ruled that Mark Bell was the current acting trustee for the Second Bell Trust and substituted him as the Plaintiff in Counts II-X. (Doc. 125).

1

On March 19, 2026, Defendant filed a Motion to Dismiss for Lack of Prosecution Count I of Plaintiff's First Amended Complaint. (Doc. 126). On March 20, 2026, Robert M. Sweere, attorney for Plaintiffs filed his Motion for Leave to Withdraw as Counsel for Plaintiffs. (Doc. 128). On March 31, 2026, the Court granted Mr. Sweere's Motion for Leave to Withdraw and ordered that "Attorney Robert M. Sweere is to inform Plaintiffs that they have 30 days from this Order to find and retain new counsel. If new counsel is not retained than Plaintiff Second Bell Trust will be dismissed from the case as a trust must be represented by counsel." (Doc. 129). A copy of that order was mailed to Mark Bell. *Id*. On June 1, 2026, the Court granted Defendant's Motion to Dismiss Count I of Plaintiffs' First Amended Complaint without prejudice. (Doc. 131).

Defendant now brings its current motion seeking to dismiss Counts II through X on the basis that Plaintiffs have failed to adhere to the Court's March 31, 2026 Order of retaining counsel for the Second Bell Trust. As Plaintiffs have failed to retain counsel or respond to Defendant's Motion, the Court finds that dismissal of this action for failure to prosecute is warranted. Defendant's Motion to Dismiss Count II - X is **GRANTED**.

WHEREFORE, the Court hereby dismisses this case in its entirety, without prejudice, for failure to prosecute.

**IT IS SO ORDERED**.

DATED: July 7, 2026

        */s/ Douglas Harpool*
        **DOUGLAS HARPOOL**
        **UNITED STATES DISTRICT JUDGE**

2